Filed by CF D.C.
ELECTRONIC
Jul 11, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-MIDDLEBROOKS-W/BRANNON

21 U.S.C § 841(a)(1)
21 U.S.C § 841(b)(1)(A)(viii)

UNITED STATES OF AMERICA

vs.

MICHELLE BERRY,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 27, 2013, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MICHELLE BERRY,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii); it is further alleged that this violation involved fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA　　　　CASE NO. _____

vs.

MICHELLE BERRY,　　　　　　　　**CERTIFICATE OF TRIAL ATTORNEY***

　　　　　　　　**Defendant.**
　　　　　　　　　　　　　　　　　/　　**Superseding Case Information:**

**Court Division**: (Select One)　　　　New Defendant(s)　　　Yes ____　No ____
　　　　　　　　　　　　　　　　　　　Number of New Defendants　____
____ Miami　____ Key West　　　　　　Total number of counts　____
_X_ FTL　　____ WPB　____ FTP

　　I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　(Yes or No)　_No_
   List language and/or dialect　_N/A_

4. This case will take　_3_　days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)　　　　　　　　　　　　(Check only one)

   I　　0 to 5 days　　_X_　　　　　　　Petty　　____
   II　　6 to 10 days　____　　　　　　　Minor　　____
   III　　11 to 20 days　____　　　　　　Misdem.　____
   IV　　21 to 60 days　____　　　　　　Felony　　_X_
   V　　61 days and over

6. Has this case been previously filed in this District Court? (Yes or No)　_No_
   If yes:
   Judge: _____　Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?　(Yes or No)　_No_
   If yes:
   Magistrate Case No.　_N/A_
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of　_N/A_
   Defendant(s) in state custody as of
   Rule 20 from the _____　District of _____

   Is this a potential death penalty case? (Yes or No)　_No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?　____ Yes　_X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?　____ Yes　_X_ No

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DONALD F. CHASE, II
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　Court No. A5500077

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　　　　　　REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>MICHELLE BERRY</u>
**Case No:** _____

Count #: 1

  <u>Possession with Intent to Distribute fifty (50) grams or more of Methamphetamine.</u>

  <u>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)</u>

\* **Max. Penalty:** Mandatory minimum 10 years' of imprisonment and statutory maximum term of life imprisonment; at least 5 years' supervised release; and up to $10,000,000 fine.

Count #:

_____

\*Max. Penalty:

Count #:

_____

\*Max. Penalty:

Count #:

_____

\*Max. Penalty:

  \***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**