

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
 Plaintiff

VS.

MICHELLE BERRY
 Defendant

CASE NUMBER: CR: 13-60172 -tCAR (Middlebrooks)

REPORT COMMENCING CRIMINAL ACTION

03665-104
USMS NUMBER



FILED by ___ D.C.
JUL 17 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

TO: CLERK'S OFFICE      MIAMI      FT. LAUDERDALE      (W. PALM BEACH)
U.S. DISTRICT COURT           (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

---

COMPLETE ALL ITEMS.  INFORMATION THAT IS NOT APPLICALBE, MARK  N/A

(1) DATE AND TIME OF ARREST: 7-17-2013  A.M. ___ 9:00 P.M.

(2) LANGUAGE SPOKEN: ENGLISH / SPANISH

(3) OFFENSE CHARGED: 21 USC 846 PWID METHAMPHETAMINE

(4) DATE OF BIRTH: 11-16-1977

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
 [X] INDICTMENT          { } COMPLAINT TO BE FILED/ALREADY FILED
 { } BENCH WARRANT FOR FAILURE TO APPEAR
 { } PROBATION VIOLATION WARRANT
 { } PAROLE VIOLATION WARRANT
 ORIGINAL DISTRICT: ___

(6) REMARKS: ___

(7) DATE: 7-17-13  (8) ARRESTING OFFICER: SA CRYSTAL CONNORS

(9) AGENCY: DEA           (10) PHONE: 305-370-2514

(11) COMMENTS: ___