

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

VS.

MICHELLE BERRY
Defendant

CASE NUMBER: CR: 13-60172 -tqRa (Middlebrooks)

REPORT COMMENCING CRIMINAL ACTION

03665-104
USMS NUMBER

FILED by ___ D.C.
JUL 17 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

TO: CLERK'S OFFICE        MIAMI        FT. LAUDERDALE        **W. PALM BEACH**
U.S. DISTRICT COURT                  (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: 7-17-2013   A.M. 9:00 P.M.
(2) LANGUAGE SPOKEN: ENGLISH / SPANISH
(3) OFFENSE CHARGED: 21 USC 846 PWID METHAMPHETAMINE
(4) DATE OF BIRTH: 11-16-1977
(5) TYPE OF CHARGING DOCUMENT:        (CHECK ONE)
    [X] INDICTMENT                { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINAL DISTRICT: _____

(6) REMARKS: _____
(7) DATE: 7-17-13    (8) ARRESTING OFFICER: SA CRYSTAL CONNORS
(9) AGENCY: DEA                (10) PHONE: 305-370-2514
(11) COMMENTS: _____

