# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge JAMES M. HOPKINS

Courtroom Number # 4, 3RD FLOOR     Date: 7/17/13     Time: 10:00 A.M.

FILED by ___ D.C.
JUL 17 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Defendant: MICHELLE BERRY ✓     J#: SURRENDER     Case #: 13-60172-Cr-Middlebrooks

AUSA: DONALD CHASE ✓     Attorney:

Violation: 21:846 and 841(a)(1)     Agent: DEA S/A CRYSTAL CONNORS

Proceeding: Initial/Bond Hearing & Arraignment ✓     CJA Appt:

Bond/PTD Held: ● Yes   ○ No     Recommended Bond: $100,000 PSB (REQUESTED BY GOVT.)

Bond Set at: $100,000 PSB (JMH)     Co-signed by:

[X] All standard conditions
[✓] Surrender and/or do not obtain passport/travel docs
[✓] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
[✓] Random urine testing by Pretrial Services and/or treatment as deemed necessary
[ ] Refrain from excessive use of alcohol
[ ] Participate in mental health assessment & treatment
[ ] Maintain or seek full-time employment/education
[✓] No contact with victims/witnesses
[✓] No firearms
[ ] Not to encumber property
[ ] May not visit transportation establishments
[ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
[ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
[✓] Travel extended to: SDFL (KEY WEST TO VERO BEACH)
[ ] Other:

Language: ENGLISH

Disposition:
DEFENDANT PRESENT/SWORN
DEFT ADVISED OF CHARGES AND RIGHTS
DEFT QUESTIONED AND FOUND TO BE
INDIGENT. CONFLICT WITH FPD/CJA
COUNSEL APPOINTED. COURT APPOINTS
CJA COUNSEL RANDEE GOLDER
COURT SET'S BOND AT $100,000 PSB
DEFENSE COUNSEL RICHARD TENDLER
PRO BONO ON BEHALF OF THE DEFT.
DEFENSE COUNSEL STANDING IN TO
ASSIST THE COURT IN ARRAIGNING THE
DEFENDANT. DEFENSE COUNSEL
PREPARES THE DEFENDANT FOR
ARRAIGNMENT. DEFENDANT ADVISED
OF CHARGES. ARRAIGNMENT HELD

Reading of ~~Indictment~~ Waived
Not Guilty ~~plea entered~~
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:11:50     Time in Court: 19 MINS

Courtroom Deputy: Tanya McClendon