UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-Cr-Middlebrooks/Brannon

UNITED STATES OF AMERICA
        Plaintiff,

vs.

MICHELLE BERRY,
        Defendant.
_____/

FILED by _____ D.C.
JUL 17 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge James M. Hopkins on July 17, 2013, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**
- Address: DEFT. ON BOND
- Prisoner #:
- Language: ENGLISH
- Telephone #: --------------

**DEFENSE COUNSEL:**
- Name: RANDEE GOLDER
- Address: POST OFFICE BOX 243756
  BOYNTON BEACH, FLORIDA 33424-3756
- Telephone #: 561-503-4398

BOND/PTD hrg held: YES X  NO ____
BOND/PTD SET: $100,000 PSB (JMH)
Dated this 17th day of July, 2013

STEVEN LARIMORE, CLERK OF COURT

BY: _____
Tanya McClendon, Deputy Clerk

cc: Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service