## Chase, Donald (USAFLS)

**From:** Chase, Donald (USAFLS)
**Sent:** Wednesday, July 17, 2013 4:49 PM
**To:** rjgolder@bellsouth.net
**Subject:** SDO Response 1 in USA vs. Michelle Berry, case number 13-60172-CR-MIDDLEBROOKS

Attached please find bate stamp items 1-33 that are being produced pursuant to the Government's obligations pursuant to the Standing Discovery Order.

The disks are being overnight mailed today.

Donald F. Chase, II
Assistant United States Attorney
Southern District of Florida
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL  33394
Tel.  (954) 660-5693
Fax. (954) 356-7336



BerrySDO1.attac...