UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-Middlebrooks/Brannon

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHELLE BERRY,

       Defendant.

---

## MOTION TO CONTINUE TRIAL

---

The defendant, MICHELLE BERRY, by and through the undersigned attorney, requests this Honorable Court continue her trial based on the following.

The defendant was arrested on July 17, 2013 and arraigned that same day. She was released on bond with a condition that she must attend a residential drug treatment program.

The defendant was admitted to Spectrum Program in Pompano Beach, Florida on July 19, 2013. Counsel has confirmed with Spectrum that the defendant was admitted and will be in the program for 90 days.

This case was recently set on the court's trial calendar for the trial period commencing September 23, 2013 with a calendar call set for Sept 12, 2013.

The defendant's release from Spectrum Program will be around October 19, 2013. Once, released, counsel will need time to review discovery and other items with the defendant.

Counsel believes this defendant suffers from underlying mental health problems that caused her drug addiction. Once released from Spectrum, it will be necessary to have the

defendant evaluated. Henderson Clinic in Ft. Lauderdale provides low cost mental health treatment, but it may take some time to have her seen and evaluated there.

Because of these various issues, the defense believes a trial date around January 2014 is more realistic. Counsel agrees this time should be excludable under the Speedy Trial Act (18 U.S.C. § 3161 et seq.). The defendant waives any claim she may have to a violation of her speedy trial rights as a result of this delay.

Counsel has reviewed this motion with AUSA Donald Chase who has no objection to the relief requested herein.

WHEREFORE, the defendant prays this Honorable Court continue the trial of this case until January 2014.

s/ *Randee J. Golder*
Randee J. Golder, Esq. (Fla. Bar No. 402206)
Email:  rjgolder@bellsouth.net
Randee J. Golder, P.A.
PO Box 243756
Boynton Beach, FL 33424-3756
Phone: (561) 503-4398
*Attorney for Defendant Michelle Berry*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2013, a true and correct copy of the foregoing was served through CM/ECF on all counsel and parties of record on the Service List below.

s/ *Randee J. Golder*
Randee J. Golder, Esq.

2

**SERVICE LIST**
**U.S. v. Michelle Berry**
**Case No. 13-60172-CR-Middlebrooks**
**United States District Court, Southern District of Florida**

AUSA Donald Chase
Email: Donald.Chase@usdoj.gov
U.S. Attorney's Office
500 E. Broward Blvd, 7th Floor
Ft. Lauderdale, FL 33394-3002
Phone/Fax:  (954) 356-7255/356-7336
Attorney for Plaintiff United States
Served through CM/ECF

Randee J. Golder, Esq.
Email: rjgolder@bellsouth.net
PO Box 243756
Boynton Beach, FL 33424-3756
Phone: (561) 503-4398
Attorney for Defendant Michelle Berry
Served through CM/ECF