UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHELLE BERRY,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the defendant's motion to continue trial, filed July 24, 2013 (DE 13). The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED WITHOUT PREJUDICE**. The calendar call will proceed as scheduled.

**DONE AND ORDERED** at West Palm Beach, Florida, this ____ day of July, 2013.

                                          **DONALD M. MIDDLEBROOKS**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record