UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

vs.

MICHELLE BERRY,

       Defendant.
_____/

**GOVERNMENT'S SECOND RESPONSE TO STANDING DISCOVERY ORDER**

     The United States of America hereby files this second response to the Standing Discovery Order issued in this case. This second response is numbered to correspond to that Order.

    A.    5.    Books, papers, documents, etc., which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected by making an appointment with undersigned counsel. Such items include, but are not limited to, the bate stamped documents numbered 34-41 that are attached hereto.

    B.        The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made to pursuant to **Rule 16(b) of the Federal Rules of Criminal Procedure**.

    K.        A lab analysis of the substances seized is pending. The completed report will be produced upon completion.

     The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the **Federal Rules of Criminal Procedure**, Brady, Giglio, Napue, and the obligation to assure a fair trial.

     In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the **Federal Rules of Criminal Procedure**, in accordance with Rule 12.1 of the **Federal Rules of Criminal Procedure**, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense were:

    1.    Date:    June 27, 2013.
          Time:    Times mentioned in the attached reports
          Place:   607 NE 29 Drive, #30, Wilton Manors, FL

          Date:    June 28, 2013.
          Time:    Times mentioned in the attached reports
          Place:   2365 Pine Tree Drive, Apartments 612 and 729, Miami Beach, FL.

The attachments to this response are bate-stamped 34 through 41.  Please contact the undersigned Assistant United States Attorney if any pages are missing.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   *s/ Donald F. Chase, II*
    DONALD F. CHASE, II
    ASSISTANT UNITED STATES ATTORNEY
    Court Number A5500077
    500 East Broward Boulevard, Suite 700
    Fort Lauderdale, Florida  33394
    Tel. (954) 356-7255
    Fax. (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of July 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    *s/ Donald F. Chase, II*
    DONALD F. CHASE, II
    ASSISTANT UNITED STATES ATTORNEY