## Chase, Donald (USAFLS)

**From:** Chase, Donald (USAFLS)
**Sent:** Monday, July 29, 2013 3:00 PM
**To:** rjgolder@bellsouth.net
**Subject:** SDO Response 2 in USA vs. Michelle Berry, case number 13-60172-CR-MIDDLEBROOKS

Attached please find bate stamp items 34-42 that are being produced pursuant to the Government's obligations pursuant to the Standing Discovery Order.

Donald F. Chase, II
Assistant United States Attorney
Southern District of Florida
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL  33394
Tel.  (954) 660-5693
Fax. (954) 356-7336


BerrySDO2.attac...