AO 442 (Rev. 01/09) Arrest Warrant

FILED BY _____ D.C.

AUG 0 1 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.

MICHELLE BERRY

*Defendant*

Case No. 13-60172-CR-MIDDLEBROOKS/BRANNON

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHELLE BERRY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute fifty (50) grams or more of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

Date: 07/11/2013

_____
*Issuing officer's signature*

City and state:   Miami, Florida

Steven M. Larimore, Clerk of Court/ Court Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-17-2013, and the person was arrested on *(date)* 7/17/2013
at *(city and state)* WPB, FL.

Date: 7/30/13

_____
*Arresting officer's signature*

Sabrina Livingston, SDUSM
*Printed name and title*