UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-Middlebrooks

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

MICHELLE BERRY,

                Defendant.
_____/



FILED by ___ D.C.
AUG 1 5 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**NOTICE OF HEARING**:

    **PLEASE TAKE NOTICE** that the above-entitled cause, is hereby scheduled for **Initial Hearing On Violation of Pretrial Release/Bond Revocation Hearing** on **Monday, August 19, 2013** at **9:30 a.m.** before the Hon. James M. Hopkins, United States Magistrate Judge, at the Paul G. Rogers Federal Building, 701 Clematis Street, West Palm Beach, Florida 33401, Courtroom 2, 4th Floor.

Dated: August 15, 2013

                                    STEVEN M. LARIMORE,
                                    COURT ADMINISTRATOR

                                    By:/s/ Kenneth J. Zuniga
                                    Deputy Clerk

c:  AUSA Donald Chase
     Randee Golder, Esq.
     Pretrial Services and Probation
     U.S. Marshals Service