# CRIMINAL COURT MINUTES

# U.S. Magistrate Judge JAMES M. HOPKINS

**Courtroom Number # 2**          **Date: 8/19/13**     **Time: 9:30 A.M.**

Defendant: MICHELLE BERRY (SURR)  J#: _____  Case #: 13-60172-Cr-Middlebrooks

AUSA: DONALD CHASE ✓          Attorney: RANDEE GOLDER (CJA)

Violation: VIOLATION OF PRETRIAL RELEASE          Agent: _____

Proceeding: Initial Hearing on Pretrial Release and Bond Revocation Hearing     CJA Appt: _____

FILED by _____ D.C.

AUG 1 9 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Bond/PTD Held: ⦿ Yes     ○ No     Recommended Bond: _____

Bond Set at: REVOKED (JMH)          Co-signed by: _____

- [ ] All standard conditions
- [ ] Surrender and/or do not obtain passport/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ p.m. to ____ a.m., paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel restricted to: _____
- [ ] Other: _____

Language: ENGLISH

Disposition:

DEFENDANT PRESENT WITH COUNSEL

ARGUMENT FROM GOVT

ARGUMENT FROM DEFENSE

THE COURT REVOKES THE DEFENDANT'S BOND.

DEFENANT ORDERED DETAINED

DEFENSE COUNSEL TO FILE A MOTION TO HAVE THE DEFT EVALUATED

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|

Report RE Counsel: _____

PTD/BOND Hearing _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 9:32:58          Time in Court: 25 MINS

Courtroom Deputy: Tanya McClendon