# United States District Court
## for the
## Southern District of Florida

### Case No. 13-60172-CR-MIDDLEBROOKS

**United States of America**
v
**MICHELLE BERRY**

FILED BY ___ D.C.

AUG 2 0 2013

UNITED STATES
MARSHALS SERVICE

AUG 0 6 2013

701 Clematis Street Suite 215
West Palm Beach, FL 33401

## WARRANT FOR ARREST

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ MICHELLE BERRY _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Pretrial Services Violation Petition

charging him or her with Violation of Bond Conditions.

in violation of Title 18 United States Code, Section 3148

No bond is recommended by U.S. Probation Officer _____ Gidget O. Mitchell _____

Bail fixed at: __No Bond__    by __Honorable James M. Hopkins__
                                    Name of Judicial Officer

_James M Hopkins_ (signature)
Signature of Issuing Judicial Officer

__July 29, 2013, at Hollywood, Florida, FL__
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/6/2013 | Sabrina Livingston, SDUSM | Saby Kirk |
| DATE OF ARREST 8/19/13 | | |

cc: U.S. Probation Office
    U.S. Marshal Service