UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-Middlebrooks/Brannon

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE BERRY,

    Defendant.



### ORDER SETTING COMPETENCY HEARING
### AND ORDERING PSYCHIATRIC EXAMINATION AND REPORT

THIS CAUSE having come to be heard on defendant's Motion to Determine Competency of Defendant, the court having argument of counsel, it's own observations of the defendant, the nature of the charges, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The staff psychiatrist at the Federal Detention Center in Miami, Florida shall conduct the examination to determine competency to stand trial pursuant to 18 U.S.C. § 4241. The defendant shall be committed to the custody of the Attorney General for placement in a suitable facility closest to this court for a period not to exceed 30 days for the purpose of conducting said evaluation. Such examination shall be conducted in compliance with 18 U.S.C. § 4247, and a report shall be filed with the court with copies provided to counsel pursuant to 18 U.S.C. § 4247(c).

DONE AND ORDERED in chambers in West Palm Beach, Southern District of Florida on this 21 day of August, 2013.

*[signature]*
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

cc: Randee J. Golder, P.A.
AUSA Donald Chase
U.S. Marshal (certified copy)