UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-Middlebrooks/Brannon

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHELLE BERRY,

       Defendant.

___

**MOTION TO AMEND COMPETENCY DETERMINATION ORDER**

___

The defendant, MICHELLE BERRY, by and through the undersigned attorney, requests this Honorable Court amend its Order Setting Competency Hearing and Ordering Psychiatric Examination and Report [DE25] as set forth herein.

The Bureau of Prisons contacted the prosecutor, AUSA Chase, concerning compliance with the first order. The Bureau of Prisons requires different language in the order. Only psychological examinations can be conducted at the Federal Detention Center in Miami. Otherwise, the Bureau of Prisons must transfer the defendant to an appropriate medical facility for a psychiatric examination. The court can only recommend where the examination is performed; it cannot directly appoint which doctors or which facility within the Bureau of Prison shall conduct the examination. Therefore, an amended order is needed and is being supplied to the court to comply with Bureau of Prisons requirements. The parties agree that a psychological examination should be sufficient to diagnose and provide appropriate treatment for the defendant.

AUSA Chase and the undersigned attorney are in agreement that the amended order should be entered.

WHEREFORE, the defendant prays this Honorable Court enter the amended order to satisfy the requirements of the Bureau of Prisons.

s/ *Randee J. Golder*
Randee J. Golder, Esq. (Fla. Bar No. 402206)
Email:  rjgolder@bellsouth.net
Randee J. Golder, P.A.
PO Box 243756
Boynton Beach, FL 33424-3756
Phone: (561) 503-4398
*Attorney for Defendant Michelle Berry*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2013, a true and correct copy of the foregoing was served through CM/ECF on all counsel and parties of record on the Service List below.

s/ *Randee J. Golder*
Randee J. Golder, Esq.

## SERVICE LIST
### U.S. v. Michelle Berry
### Case No. 13-60172-CR-Middlebrooks
### United States District Court, Southern District of Florida

| | |
|---|---|
| AUSA Donald Chase | Randee J. Golder, Esq. |
| Email:  Donald.Chase@usdoj.gov | Email:  rjgolder@bellsouth.net |
| U.S. Attorney's Office | PO Box 243756 |
| 500 E. Broward Blvd, 7th Floor | Boynton Beach, FL 33424-3756 |
| Ft. Lauderdale, FL 33394-3002 | Phone: (561) 503-4398 |
| Phone/Fax:  (954) 356-7255/356-7336 | Attorney for Defendant Michelle Berry |
| Attorney for Plaintiff United States | Served through CM/ECF |
| Served through CM/ECF | |