UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-Middlebrooks/Brannon

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE BERRY,

    Defendant.



## AMENDED ORDER SETTING COMPETENCY HEARING AND ORDERING PSYCHOLOGICAL EXAMINATION AND REPORT

THIS CAUSE having come to be heard on Defendant's Amended Motion to Determine Competency, this Court having considered the motion and otherwise being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Pursuant to 18 U.S.C. §§ 4241(a) and (b) and 4247(b) and (c), a psychologist from the Bureau of Prisons shall examine the defendant, Michelle Berry, to determine whether she understands the nature and consequences of the proceedings, and whether she is capable of assisting in her own defense. It is further

ORDERED AND ADJUDGED that the psychologist who conducts the examination shall prepare a written report pursuant to the requirements of 18 U.S.C. § 4247(b), and submit the report to the court under seal within 30 days from the date of this Order. The psychologist shall also provide a copy of the report to Assistant U.S. Attorney Donald Chase and to defense counsel Randee J. Golder, Esq., PO Box 243756, Boynton Beach, Florida 33424-3756.

DONE AND ORDERED in chambers, West Palm Beach, Southern District of Florida on this 4 day of September, 2013.

*[signature]*
JAMES M. HOPKINS
United States Magistrate Judge

cc: Randee J. Golder, Esq.
AUSA Donald Chase
U.S. Marshal
Bureau of Prisons