UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-Middlebrooks/Brannon

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHELLE BERRY,

        Defendant.

_____

## RENEWED MOTION TO CONTINUE TRIAL

The defendant, MICHELLE BERRY, by and through the undersigned attorney, requests this Honorable Court continue her trial based on the following.

The defendant was arrested on July 17, 2013 and arraigned that same day. She was released on bond.

On August 19, 2013, the defendant's bond was revoked for failure to comply with various instructions.

On September 5, 2013, an amended order was entered directing the Bureau of Prisons to conduct a psychological evaluation of the defendant to determine competency to stand trial with the report due in 30 days pursuant to the controlling statutes.

While the defendant seems to understand the nature of the proceedings against her, she was unable to assist in her own defense. Counsel informed the court she believes the defendant suffers from a mental illness that needs to be diagnosed and brought under control with proper medication. The defendant has a history of mental illness.

This case is set on the court's trial calendar for the trial period commencing September 23, 2013 with a calendar call set for Sept 12, 2013.

Because the Bureau of Prisons will be unable to conduct the psychological assessment and provide its report as required by statute prior to the calendar call or trial date, the parties are requesting this case be continued for at least 45 days. The Bureau of Prisons has 30 days under the statute to provide its report, and this time period may be extended up to 15 days at the request of the facility performing the evaluation.

Counsel has reviewed this motion with AUSA Donald Chase who has no objection to the relief requested herein.

WHEREFORE, the defendant prays this Honorable Court continue the trial of this case for at least 45 days.

s/ *Randee J. Golder*
Randee J. Golder, Esq. (Fla. Bar No. 402206)
Email:  rjgolder@bellsouth.net
Randee J. Golder, P.A.
PO Box 243756
Boynton Beach, FL 33424-3756
Phone: (561) 503-4398
*Attorney for Defendant Michelle Berry*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2013, a true and correct copy of the foregoing was served through CM/ECF on all counsel and parties of record on the Service List below.

s/ *Randee J. Golder*
Randee J. Golder, Esq.

## SERVICE LIST
## U.S. v. Michelle Berry
## Case No. 13-60172-CR-Middlebrooks
## United States District Court, Southern District of Florida

AUSA Donald Chase
Email: Donald.Chase@usdoj.gov
U.S. Attorney's Office
500 E. Broward Blvd, 7th Floor
Ft. Lauderdale, FL 33394-3002
Phone/Fax: (954) 356-7255/356-7336
Attorney for Plaintiff United States
Served through CM/ECF

Randee J. Golder, Esq.
Email: rjgolder@bellsouth.net
PO Box 243756
Boynton Beach, FL 33424-3756
Phone: (561) 503-4398
Attorney for Defendant Michelle Berry
Served through CM/ECF