UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MICHELLE BERRY,
    Defendant(s)
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court upon the defendant's renewed unopposed motion to continue trial (DE 29). Due to the representations of counsel, the need for a psychological evaluation of the defendant, and the need for additional time to prepare for trial, the motion is hereby **GRANTED. Trial is continued to the trial calendar beginning November 18, 2013.** For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act. Therefore, it is

**FURTHER ORDERED AND ADJUDGED** that the time between September 12, 2013 and November 18, 2013 is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at West Palm Beach, Florida, this 13 day of September, 2013.

                                            **DONALD M. MIDDLEBROOKS**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    Attorneys of Record