UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CR-60172-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MICHELLE BERRY
    Defendant.
_____/

**CHANGE OF PLEA MINUTES AND DEFENDANT'S WAIVER TO APPEAR BEFORE U.S. DISTRICTJUDGE**

On <u>November 18, 2013</u> the above-named defendant appeared in person before the Honorable <u>BARRY L. GARBER</u>, United States Magistrate Judge, with counsel Randee J. Golder, Esq., appointed by the Court, and the said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) One of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

(X) Defendant waived his/her right to appear before an Article III U.S. District Court Judge and consented to appear before a U.S. Magistrate Judge.

(X) The Court shall recommend to the U.S. District Court Judge that the defendant's Plea shall be accepted.

( ) The Court proceeded to pronounce sentence.

(X) The Court postponed sentencing until **Tuesday, January 21, 2014 @ 03:00 pm, in Miami before Judge James Lawrence King, 99 N.E. 4th Street, Miami, FL.**

( ) The defendant was allowed to remain on present bond until Sentencing.
( ) The defendant was remanded to the custody of the U.S. Marshal until a $_____ bond is posted.
(X) The defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

DONE and ORDERED in Miami, Florida, this __18__ day of November, 2013

                                    BARRY L. GARBER
                                    UNITED STATES MAGISTRATE JUDGE

AUSA signature: _____

Defense signature: _____ Defendant signature: Michelle Berry

Court Reporter: Gilda Pastor-Hernandez     Courtroom Deputy: Jermaine Creary
Time in court: 20 minutes     Language: