UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60172-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA,

vs.

MICHELLE BERRY,

        Defendant.
_____/

**STIPULATED FACTUAL PROFFER FOR GUILTY PLEA**

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, personally and through her attorney, hereby submit this stipulated factual proffer to establish the Defendant's guilt of the charge set forth in Count 1 of the Indictment:

1.    On or about June 27, 2013, Berry arrived at the home of a cooperating defendant located in Wilton Manors, Broward County, Florida, to sell one (1) ounce of methamphetamine. Berry was arrested and an additional four (4) ounces of methamphetamine were recovered from Berry's car pursuant to a consent search. A DEA forensic chemist found the total amount of methamphetamine seized from Berry was 133.7 grams with a purity of 86% or higher.

2.    By her signature below, the defendant verifies that:

[1]

    A)     she has read and understood the foregoing;

    B)     the stipulated factual record is true and correct;

    C)     she signs this document freely and voluntarily after she has received the advice of her counsel.

Respectfully submitted,
WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 11/18/13

By: *[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

Date: 11/11/13

By: *[signature]*
RANDEE J. GOLDER
ATTORNEY FOR THE DEFENDANT

Date: 11/11/13

By: *[signature]* Michelle Berry
MICHELLE BERRY
DEFENDANT

[2]