UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60172-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs.

MICHELLE BERRY,

       Defendant.
_____/

**GOVERNMENT'S MOTION PURSUANT TO**
**18 U.S.C. § 3553(e) - SUBSTANTIAL ASSISTANCE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this motion to reduce the sentence of the defendant, pursuant to 18 U.S.C. 3553(e) and Section 5K1.1 of the United States Sentencing Guidelines, in order to reflect her substantial assistance in the prosecution of others.  As grounds thereof, the government states as follows:

    1.    The defendant pled guilty on November 18, 2013, to the Indictment which charged her with possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).  The defendant is scheduled to be sentenced on February 18, 2013.

    2.    In the judgment of the United States, the defendant has provided substantial assistance in the investigation of others, specifically, the individuals who supplied her with the methamphetamine which led to her arrest, to include Felimon Guillen (Case No. 13-60173-CR-JIC) and Giovanni Bellota (Case No. 13-20507-CR-CMA).

    3.    As a result, the government believes that the defendant has provided substantial

assistance and that her sentence should be reduced by twenty-five percent.

WHEREFORE, the government recommends that this Court reduce the defendant's sentence by twenty-five percent.

                                                            Respectfully submitted,
                                                            WIFREDO A. FERRER
                                                           UNITED STATES ATTORNEY

By:    s/ *Corey Steinberg*
            COREY STEINBERG
            Assistant United States Attorney
            Florida Bar No. 0563234
            500 E. Broward Blvd., Suite 700
            Ft. Lauderdale, Florida 33394
            Tel: (954) 660-5147
            Fax:(954) 356-7336
            corey.steinberg@usdoj.gov

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                s/ *Corey Steinberg*
                COREY STEINBERG
                ASSISTANT U.S. ATTORNEY